## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CW 04-646 consolidated with CA 04-1382

**LEONA W. REICHART**

**VERSUS**

**JOHN L. HINDES, ET AL**

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2001-5617
HONORABLE JOHN DAMIAN TRAHAN, DISTRICT JUDGE

**********

## BILLY HOWARD EZELL
## JUDGE

**********

Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and Billy Howard Ezell,
Judges.

**AFFIRMED.**

**Kevin Roy Rees**
**Attorney at Law**
**P. O. Box 1199**
**Abbeville, LA 70511-1199**
**(337) 893-4382**
**Counsel for Plaintiff/Respondent:**
**Leona W. Reichart**

**Thomas J. Eppling**
**Brian J. Engeron**
**Staines, Eppling & Myers**
**3500 N. Causeway, Suite 820**
**Metairie, LA 70002**
**(504) 838-0019**
**Counsel for Defendant/Applicant:**
**Travelers Property Casualty Insurance Company**

**Boyd Allen Bryan**
**Perret Doise**
**P. O. Drawer 3408**
**Lafayette, LA 70502-3408**
**(337) 262-9000**
**Counsel for Defendant/Respondent:**
**John L. Hindes**

**Shawn A. Carter**
**Durio, McGoffin**
**220 Heyman Boulevard**
**Lafayette, LA 70505**
**(337) 233-0300**
**Counsel for Defendant/Respondent:**
**John L. Hindes**

**EZELL, JUDGE**.

For the reasons expressed in *Leona W. Reichart v. John L. Hindes,* 04-1382, (La. App. 3 Cir. __/__/__), ___So.2d___, the judgment of the trial court is affirmed.

**AFFIRMED.**